Motion Granted; Dismissed and Memorandum Opinion filed
May 26, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00961-CR

NO. 14-10-00962-CR

 

____________

 

RICARDO JIMENEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause Nos. 1268916 &
1268917

 



 

MEMORANDUM
OPINION

A written request to withdraw the notices of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeals dismissed.  We direct the
clerk of the court to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Juctices Anderson,
Brown, and Christopher.

Do Not Publish — Tex. R. App.
P. 47.2(b).